[No. 13287-3-I.   Division One.   December 27, 1984.]

THE STATE OF WASHINGTON, *Respondent,* v. BRET WIDGER, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 83-8-00654-8, Francis E. Holman, J., entered

May 20, 1983. *Affirmed* by unpublished opinion per Coleman, J., concurred in by Williams and Ringold, JJ.